AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Sensiva Health, LLC, et al | ) | Civil Action No. 2:21-cv-00598 T(5) |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Universal Meditech, Inc, et al | ) | |
| *Defendant* | | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __January 25, 2023__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __January 26, 2023__

Carol L. Michel
*CLERK OF COURT*

*Ellen S. Hall*

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SENSIVA HEALTH, L.L.C., ET AL. | CIVIL ACTION |
| VERSUS | NO. 21-598 |
| UNIVERSAL MEDITECH, INC., ET AL. | SECTION T (5) |

## JUDGMENT

On December 13, 2022, the Court issued an Order (R. Doc. 194) entering Default Judgment against defendant, Universal Meditech, Inc., as to all claims asserted against it by plaintiffs, Sensiva Health, LLC and Cormeum Lab Services, LLC, and further striking all counterclaims asserted by Universal Meditech, Inc., against counter-defendants, Sensiva Health, LLC, Cormeum Lab Services, LLC, and Tarun Jolly, M.D. The Order further required Plaintiffs to file and serve a memorandum concerning its quantum of damages on or before January 11, 2023. R. Doc. 194. UMI was ordered to file any response memorandum within 14 days after service of Plaintiffs' damages memorandum. R. Doc. 194.

On December 30, 2022, Plaintiffs filed their damages memorandum. R. Doc. 195. On January 3, 2023, Plaintiffs also filed a Bill of Costs detailing their costs associated with this matter. (R. Doc. 197). UMI has not filed any response memorandum or objection to these filings to date.

Considering the Default Judgment entered against UMI on December 13, 2022 (R. Doc. 194), the briefing of the parties, and the evidence presented therewith;

1

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant, Universal Meditech, Inc., be cast in judgment to pay Plaintiffs, Sensiva Health, LLC and Cormeum Lab Services, LLC, as follows:

- $375,000.00 (THREE HUNDRED SEVENTY-FIVE THOUSAND DOLLARS AND NO/100) for payments made, owed to Cormeum Lab Services, LLC, as of December 24, 2021;
- Judicial interest on said $375,000.00 beginning on December 24, 2021, until the date of Judgment;
- $525,000.00 (FIVE HUNDRED TWENTY-FIVE THOUSAND DOLLARS AND NO/100) for payments made, owed to Sensiva Health, LLC as of February 8, 2021;
- Judicial interest on said $525,000.00 beginning on February 8, 2021, until the date of Judgment;
- $1,336,558.00 (ONE MILLION THREE HUNDRED THIRTY-SIX THOUSAND FIVE HUNDRED FIFTY-EIGHT DOLLARS AND NO/100) for lost profits, owed to Sensiva Health, LLC, as of February 8, 2021;
- Judicial interest on said $1,336,558.00 beginning on February 8, 2021, until the date of Judgment;
- Judicial interest from the date of this Judgment until the date paid, pursuant to 28 U.S.C. § 1961; and
- Costs in the amount of $13,230.53 (THIRTEEN THOUSAND TWO HUNDRED THIRTY DOLLARS AND 53/100) owed to Sensiva Health, LLC.

The Court, upon a finding of good cause shown, expressly designates this Judgment as eligible for immediate registration in other districts for enforcement pursuant to 28 U.S.C. § 1963.

New Orleans, Louisiana, this 25th day of January, 2023.

*Greg Gerard Guidry*
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE

CLERK'S OFFICE
A TRUE COPY
Jan 26 2023
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans, LA