*SENSIVA HEALTH, L.L.C., ET AL. vs. UNIVERSAL MEDITECH, INC., ET AL.*
*ATTACHMENT TO CIVIL COVER SHEET*

Attachment I. (c) Attorneys *(Firm Name, Address, and Telephone Number)*

Whitney, Thompson & Jeffcoach, LLP
970 W. Alluvial Avenue
Fresno, California 93711
(559) 753-2550
Kristi D. Marshall, #274625
kmarshall@wtjlaw.com

Jones Walker LLP
201 S. Biscayne Blvd., Suite 3000
Miami, Florida 33131
(404) 870-7539
Stephen P. Drobny, #222929
sdrobny@joneswalker.com